**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*Angelica Ann Chancellor*

)
)
)
)
)
**Plaintiff(s),**                )
)
**vs.**                )
)
*Elon Musk &*                )
*DOGE FIRM*                )
)
)
**Defendant(s).**            )

**RECEIVED**

APR 22 2025 *Ken*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. *2024LO14086*
*Ref 1:23cr00257 TSC*

1:25-cv-04374
Judge Franklin U. Valderrama
Judge Maria Valdez
Random assignment
Cat 3

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is *Angelica Ann Chancellor*.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _____Elon Musk_____, is

(name, badge number if known)

☒ an officer or official employed by ___The White House____;

(department or agency of government)

_____or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official

acted is_____COOK_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about __May 1, 2023__, at approximately ___9:00___ ☒ a.m. ☐ p.m.

(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of __5228 S Drexel Ave__

__Apt 1E_____, in the County of ___COOK_____,

State of Illinois, at _____Chicago, Illinois_____,

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☒ searched plaintiff or his property without a warrant and without reasonable cause;

☒ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☒ failed to provide plaintiff with needed medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☒ Other: __Federal Check laundering Swiss Account Fraud While investigation Consist with conflicting Evidence of Bank Robbery and Federal Bank Robery__

2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| _Angelica Ann Chancellor_ | ) | |
| _____, | ) ) ) | |
| **Plaintiff(s),** | ) ) | |
| | ) ) | |
| **vs.** | ) | **Case No.** |
| _Michael J Jordan_ | ) | _2024L014086_ |
| _& Associates & family,_ | ) ) | |
| | ) ) | |
| **Defendant(s).** | ) | |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is ___Angelica Ann Chancellor Jasmine Estate___

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

4.  Defendant, _Michael J Jordan & Associates/Family_, is
    <span>(name, badge number if known)</span>

    ☒ an officer or official employed by _NBA NBL Jerry Reinsdorf_
    <span>(department or agency of government)</span>
    _Owner of City of Chicago NBA NBL_, or

    ☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _COOK_. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _2/15/1991_, at approximately _7pm_ ☐ a.m. ☒ p.m.
    <span>(month, day, year)</span>

    plaintiff was present in the municipality (or unincorporated area) of _S1445 Hermitage_
    _Chicago Illinois_, in the County of _COOK_,

    State of Illinois, at _S1445 Hermitage 1 first floor pronounced dead_
    <span>(identify location as precisely as possible)</span> _Reported_

    when defendant violated plaintiff's civil rights as follows ***(Place X in each box that
    applies):***

    ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had
    committed, was committing or was about to commit a crime;

    ☒ searched plaintiff or his property without a warrant and without reasonable cause;

    ☒ used excessive force upon plaintiff;

    ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
    one or more other defendants;

    ☒ failed to provide plaintiff with needed medical care;

    ☒ conspired together to violate one or more of plaintiff's civil rights;

    ☒ Other: _Failed to Retrieve minor trafficked_
    _minor for drug / Ransom /rape child abduction for_
    _exchange of Colatorial Cocaine trafficking_
    _since 1991_

    2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

*Angelica Ann Chancellor* )
_____, )
)
**Plaintiff(s),** )
)
**vs.** )  Case No. *2024LO14086*
*Bishop Daniel Lee & Families &* )
*Associates of the Clergy*, )
)
**Defendant(s).** )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is *Angelica Ann Chancellor Jasmine Estate*

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _Bishop Danielee family & Associates of Clergy, is_
    (name, badge number if known)

    ☐ an officer or official employed by _____;
    (department or agency of government)

    _____ or

    ☒ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _COOK_ . As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _6/3/2006_ , at approximately _10:00_ ☒ a.m. ☐ p.m.
    (month,day, year)

    plaintiff was present in the municipality (or unincorporated area) of _2911 w 64st_

    _S Fransisco_ , in the County of _COOK_ ,

    State of Illinois, at _2909 w 64st / first floor_ ,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that
    applies)*:

    ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had
    committed, was committing or was about to commit a crime;

    ☐ searched plaintiff or his property without a warrant and without reasonable cause;

    ☒ used excessive force upon plaintiff;

    ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
    one or more other defendants;

    ☒ failed to provide plaintiff with needed medical care;

    ☒ conspired together to violate one or more of plaintiff's civil rights;

    ☒ Other:

    _Organization of federal lottery premediated
    murder/murder for hire illegal Construction
    and laundering Swiss Account fraud on the
    lottery winner 2006-2025 con_

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Angelica Ann Chancellor )
_____ )
                         , )
)
**Plaintiff(s),** )
)
**vs.** )     Case No.   2024LO14086
Fresident Trump )
_____ )
                         , )
)
)
**Defendant(s).** )

---

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.     This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

       laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.     The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.     Plaintiff's full name is *Angelica Ann Chancellor* .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, **President Trump**, is
(name, badge number if known)

☒ an officer or official employed by **The White House**;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official

acted is **Cook**. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about **February 3, 1991** at approximately **12** ☒ a.m. ☐ p.m.
(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of **Chicago,**

_____, in the County of **Cook**,

State of Illinois, at **SS Administrator Constieuts**,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)*:**

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☒ searched plaintiff or his property without a warrant and without reasonable cause;

☒ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐ failed to provide plaintiff with needed medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☒ Other: **Elon Musk Jumorgan CEO Dimon al Pine Savings Bank Account Robbery and Murder for hire**

2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

_Angelica Ann Chancellor_ )
)
_____, )
)
**Plaintiff(s),** )
)
vs. )
)   **Case No.**
_Hunter Chancellor & Chancery_ )   _2024L014086_
_Associates of Secret Service_ )
)
)
**Defendant(s).** )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.     This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

       laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.     The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.     Plaintiff's full name is ___Angelica Ann Chancellor___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _Hunter Chancellor_ , is
    (name, badge number if known)

    ☒ an officer or official employed by _President United States of America_
    (department or agency of government)
    _____ or

    ☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.***

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _COOK County_ . As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _March 30, 2023_ at approximately _2:00_ ☐ a.m. ☒ p.m.
    (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of _5228 7536_
    _S Colfax WindorChurch_
    _S Drexel Ave IE_ , in the County of _Cook_ ,

    State of Illinois, at _Metra Station Headed to Evanston Union Station_
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that
    applies)*:

    ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had
    committed, was committing or was about to commit a crime;
    ☒ searched plaintiff or his property without a warrant and without reasonable cause;
    ☒ used excessive force upon plaintiff;
    ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
    one or more other defendants;
    ☒ failed to provide plaintiff with needed medical care;
    ☒ conspired together to violate one or more of plaintiff's civil rights;
    ☒ Other: _Murder for hire illegal Explosive_
    _untrained missile threat on numerous of occasions_

2

_____.

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): Jim Crow Laws, Civil Right Law

Of Assaultee Minor/Adult federal investigation

on the Plaintiff As A Shareholder of Dime Saving Bank

2006/Collapse 9/11 twin tower attack 2025 texico Angelico Army

Swiss Account terriost Attack untrained missile

targeted at Plaintiff

8.  Plaintiff was charged with one or more crimes, specifically: missed and went to

No Plaintiff was Charged and dragged across

By Peace officers whom prevacted Los Angeles

tortured me in their facilities with

medication overdoses opoids misdiagnois

of Allergy to illegally donate 50million and 10 trillion

2.3 trillion 1$ dividend while

sadated

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal*

*proceedings under "Other"*) The criminal proceedings

☑ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☒ Other: Know I had disc with helicopter on the back

and untrained a missile while they robbed

Chicagos treasury office while "moving"

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

President Donald Trump left a trail of tradges following my 2001 invitation to who's whor (2) tickets to the white house. I have called SSA since 2001 1999-2025 established here in Chicago federal Social Security bureau since 2/15/1991 victim of New Jersey 1991 federal missing persons/murder for Ransom/hire established funds 2/15/1991 for care of Angelica Ann Chancellor of AKA Jasmin. Jordan Estate before abduction and ransom Asked in case of victim was awarded. Jasmine Estate 1.5 billion 138 million but was found here in Chicago til illinois @ $144 S Hermitage Fulton Elementary teacher found dead upon Arrival And continuously Stalked for ransom Payouts to trump/Hunter Chancellor didnot pay to Plaintiff since 1991 Kidnapper

11. Defendant acted knowingly, intentionally, willfully and maliciously. harber for ransom wealth of victim

12. As a result of defendant's conduct, plaintiff was injured as follows: Estate also. Reduced to Provety budget And targeted with an untrained missle Hold defamation Alienation with remorse of my wellbeing /expenses since 2006 DINE Savings Bank collapse suso Sornessor Jpmorgan Wintrust / 911 twin tower Attack / 2020 white House Attack and

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☐ No Breach of confidentiality and Right of Shareholder Pronounced dead illegal swith swiss Angelica Ann Chancellor AKA A Chancellor Chase Swiss Account Fraud

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Angelica Ann Channellore Jasmine Estate*

Plaintiff's name *(print clearly or type)*: *Angelica Ann Channellore Jasmine Estate*

Plaintiff's mailing address: *7536 Colfax Ave*

City *Chicago*    State *IL*    ZIP *60649*

Plaintiff's telephone number: ( *312* ) *428 - 8592* .

Plaintiff's email address *(if you prefer to be contacted by email)*: *Ann Chance 143 @ yahoo.com*

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*2024L014086 / 1:23-CR-00257-TSC*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Defendant Hunter Biden / Chancellor plained a heist to rob the whithouse federal accounts which dates to Dime Saving Bank collaspse of 2006/7 when JP morgan Dimon Wintrust Successor which concurrently consist with Kenosha Wisconsin Branch bank robbery that I was held in account of the representative that Serviced me to delete my account while robbery, also of Wintvust State street Portfolios (walkin and Asked about my accountant which was deleted. Where I found that because of the Breach of SSA and Black Mark Breach SSN Breach Jan 2020 white house raid conflicts with heist of the Chicago treasurey "move" Robbery

11. Defendant acted knowingly, intentionally, willfully and maliciously. there was a ruport of Shareholder Dimon Documented 10 Trillion 3.2 Trillion in theft of my #Chancellor AKA Angelita Chancellor

12. As a result of defendant's conduct, plaintiff was injured as follows:

Homelessness offended by untrained missile attack and target was me / want All money monetary and past due obligated exgerated ransom accounts receiviable I am reduced to proverty levels they stated they thought so diesel. defamation Alienation

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No of my confideality breached.

4

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): *Rights as a civil, civil Rights Jim Crow Laws Clayton Jones Act, Stanley Act violation of constitutional Rights*

8. Plaintiff was charged with one or more crimes, specifically:

   _Misdeamor cases homeleness distraction while they stole my money from the social security database Chase Citibank and Chicago treasury "movie"_

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☒ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ☒ Other: _Federal database Breach of life theft of Shareholder account with Swiss account fraud._

   [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.     Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.     ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.     Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Angelica Ann Chancellor Jasmine Estate*

Plaintiff's name *(print clearly or type)*: *Angelica Ann Chancellor Jasmine Estate*

Plaintiff's mailing address: *7536 S Colfax Ave Apt 2B*

City *Chicago*     State *IL*     ZIP *60649*

Plaintiff's telephone number: (*312* ) *428 – 8592*          .

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

     *Ann Chancel 43 @ yahoo.com*

15.     Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*
*2024 L 014086*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Angelica Ann Chancellor
Jasmine Estate                    )
                                  )
                                  )
                                  )
**Plaintiff(s),**                 )
                                  )
                                  )
        vs.                       )        Case No. 2024L014086
                                  )        Ð
President Donald Trump             )
Hunter Chancellor                 )
                                  )
                                  )
**Defendant(s).**                 )


**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.      This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

        laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.      The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.      Plaintiff's full name is _Angelica Ann Chancellor of Jasmine Estate_

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _Donald Trump_ , is
(name, badge number if known)

☑ an officer or official employed by _United States of America_ ;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is _City of Cook County Chicago_ . As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about _2/15/1991_ , at approximately _7:00_ ☐ a.m. ☑ p.m.
(month, day, year)

plaintiff was present in the municipality (or unincorporated area) of _5144 S_

_Hermitage_ , in the County of _COOK_ ,

State of Illinois, at _Chicago_ ,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that
applies)*:

☑ arrested or seized plaintiff without probable cause to believe that plaintiff had
committed, was committing or was about to commit a crime;

☑ searched plaintiff or his property without a warrant and without reasonable cause;

☑ used excessive force upon plaintiff;

☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
one or more other defendants;

☑ failed to provide plaintiff with needed medical care;

☑ conspired together to violate one or more of plaintiff's civil rights;

☑ Other: _2006-7 Dime Savings Bank Account_

_Successor JPmorgan Dimon 10Trillion USD Account_
_Scam SSA Administrated undelivered Checks laundered_
_under An #Chancellor Account through Wintrust_
_Chase Branch Bank Robberies Kenosha Wisconsin_
_I walked in on Robbery in progress Chase Branch_
_Also Chicago Downtown Chase Branch they dragged_
_me out of_

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Civil Right Human trafficking, Drug Cocaine trafficking for Murder for hire of a lottery winner / wealthy Estate Share holder falsified Record of death of wealth illegal management to acquire wealth Copy Right infringement

8. Plaintiff was charged with one or more crimes, specifically: Murder for hire Swiss Account fraud Robbed My lottery ticket June 3 2006 and his Church member Kandis Grapham posed as me for my lottery winning I won at 63rd Street Sacaramcnto and they paid Church members Devonte Murray, Cherese Moore / Bryrca

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings Larefa D Moore Renter Clayton Stanley Paid execons to kill me Jones Shandon to hide the stole and Robbed a bank Chase

☒ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1] Citi bauk

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a Paid off Clergy.

fair trial as follows_____

_____.

☒ Other: Daniel Lee Sent Earl Lee with Assault weapon. Currently to murder me and finsh the Murder for hire

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

The Defendant and Members of the Clagy Stalked me Since Janur June, 3rd, 2006 I went to the 63st Sacramento gas station and played 30 dollars in mega millions and other wealth and I won the lottery for 138 million and I put my tickets up and walked out the house where I lived on stole my winning with Kandis Graphan faked a picture on my rape sheet in and since 2017 My Identify branched FBI hit and Daniel Lee Joanne Lee Rev Charles Lee Earl Lee, Elease Lee, Alisha Lee, Black Lee, Spike Lee Tyrone McCurty, Renita Shannon Moore Stanky Shannon Chorece Moore Bryon Stole and Paid off officials to steal Kill and Rob me of my wealth the Midcan Arymy Scandal Joanne

11. Defendant acted knowingly, intentionally, willfully and maliciously. was the get away van driver of 2/15/1991

12. As a result of defendant's conduct, plaintiff was injured as follows: New Jersey Kidnapping I was trafficked Raped molested Murder for by harassed raped at 5 years old Ransom by had babies @ 5, 6, 7, 9 against my will and held @ Ransom for millions of dollars and estate

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.     Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.     ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.     Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Angelica Ann Chancellor Jasmine Estate*

Plaintiff's name *(print clearly or type)*: *Angelica Ann Chancellor Jasmine Estate*

Plaintiff's mailing address: *7536 Colfax Ave*

City *Chicago*     State *IL*     ZIP *60649*

Plaintiff's telephone number: (*3*)*12*) *428 - 8592* .

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

*AnnChance143@yahoo.com*

15.     Plaintiff has previously filed a case in this district. ☑ Yes ☐ No

*If yes, please list the cases below.*

*2024L014086*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I AngelicaAnn Chancellor the Plaintiff witnessed series of events which lead up to theft of my account of 10 Trillion, 2.3 Trillion, 1st Dividend Dimon JP morgan Successor of Dime Saving Bank in New York collapsed in 2006/7 Jpmorgan lost F D I C funding May1, 2023 , 2024 Dimon Shareholder proposal with verification of how 10 trillion, 2.3 Trillion, 1st Dividend how Elon Musk DOGE and Trump took a photo with how he found 2 Trillion "Accounts" Then feburary 8, 2025 Daily Narold Where Letita James Atangonist of Trump rame page about 7 trillion documented "sent" I never received because they thought they Killed me I quoted Trump stated in conference fraud budget stolen from my social security entitlement of title V funds Allotment failed to send

11. Defendant acted knowingly, intentionally, willfully and maliciously. Stalked untrained A missile as me a starget payment and Pocketed money

12. As a result of defendant's conduct, plaintiff was injured as follows:

As a result of the defendant's conduct he untrained a missile which was designated to the Disc holder when the missile lifted off the train I torfelt the Disc spin and I knew then to break it into pieces so that it did not trigger the explosive but unfortine it still cowld not be banded back to the

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No base it was steared to los Anegelos evacuated area because I deactivated its trigger. s the explosive would not exploded.

4

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): The defendant Elon Musk Violated Jim Crow laws, labor laws, Theft, corruption violation of my constitutional Rights defamation of Character, Alienation of citizenship, Robbery Theft of Accounts

8. Plaintiff was charged with one or more crimes, specifically: Misdeamor cases while being harassed for monteray funds

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☒ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

☒ Other: 10 Trillion on record of theft of Swiss Account fraud

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Angelica Ann Channellae Jasmine lstate*

Plaintiff's name *(print clearly or type)*: *Angelica Ann Channellor*

Plaintiff's mailing address: *7536 S Colfax*

City *Chicago* State *IL* ZIP *60649*

Plaintiff's telephone number: ( *312* ) *428 -8592* .

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

*AnnChance 143 @ yahoo.com*

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

no charity funding or transfers

I am Balsing 10 trillion USD$
em treasury - 1 million per month
AHN Stanton #2203 court Room
I will pick up first 1 million next
court attended please Atten Michael
J Jordan & 23 family Daughter ~~Angelica~~
Angelica Ann Chancellor
Anma Mae Bullock
Jasmine Meredith Jordan
         of 23 Jasmin Estate

I will have to personally pick
up my ~~treasury~~ checks because
of obsessive fraudlent Affairs
due to Account and ~~Bank~~ robbery
and illegal tracking devices (2000 Research
                                 tracking device
                                 program 1991)
Froudlent Federal ban and City Hall ban
due to ~~Ezon~~ illegal Construction to ~~acquire~~
estate 1991 Jasmine Estate 2911 Transero
                                    reconstruction

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Angelica Ann
Chancellor/Jasmine Estate )
)
)
**Plaintiff(s),** )
)
**vs.** )
) Case No. 2024L014086
Social Security Office )
Administrators Mullins , )
Administrator Mrs. Slaughter )
Alexsis Chancellor Check Fraud )
**Defendant(s).** Administration Fraud )

---

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _Angelica Ann Chancellor/Jasmine_ .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _Mullins / Slaughter / Alexsis Chancellor_, is
(name, badge number if known) _drug Abusive Check theft_

☑ an officer or official employed by _Social Security Administration_
(department or agency of government)
_6338 S Cottage Grove_ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named
defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is _Cook_. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about _2/15/1991_, at approximately _8:07_ ☑ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _5144_

_S Hermitage Ave_, in the County of _Cook_,

State of Illinois, at _Chicago Illinois_,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that
applies)*:

☑ arrested or seized plaintiff without probable cause to believe that plaintiff had
committed, was committing or was about to commit a crime;
☑ searched plaintiff or his property without a warrant and without reasonable cause;
☑ used excessive force upon plaintiff;
☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
one or more other defendants;
☑ failed to provide plaintiff with needed medical care;
☑ conspired together to violate one or more of plaintiff's civil rights;
☑ Other: _federal Administrators illegally Drug Alcohol US Federal_
_Bureau misappropriated funds through a Chase Account_
_illegal double cashed Social security checks_
_with Kathy Attn to illegal dispense protected_
_checks offset to A Chancellor account_
_for illegal pickups. her name is Alexis_
_AKa ~~Brionsales~~ / Chancellor captured By Authorities_

10.     Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

After repetively Asking about the where abouts of my Alloted funds which I am entitled through the SSA.gov title V funds which Allot 10 trillion in funds and 3.2 trillion for the state which can utilize and 7 trillion which never hit my directexpress account only 30,000 usd direct diposited februarry 8, 2025 Elom Musk per stated on the Daily Harold "he sent 7 trillion" to And #Chancellor Jp morgan swiss fraud New York wire account And I never was compensated which is why Elon Musk is held in context for Deportation.

11.     Defendant acted knowingly, intentionally, willfully and maliciously.

12.     As a result of defendant's conduct, plaintiff was injured as follows:

Pronounced dead fraudently so the Pocketed the money which was taken By Elon Musk never sent to my account.

13.     Plaintiff asks that the case be tried by a jury.    ☒ Yes    ☐ No

4

7.  Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Violation of Rights due to driscrimination of/because of race, age, color, disability for the Abuse of Judicial Executive Power.

8.  Plaintiff was charged with one or more crimes, specifically: I was wrongfully arrested and illegally held in jail on serial encounter while the stole and illegally donated over my money monetary fund entitlements /Allotment of funds.

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    [X] are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

    [X] Other: Defendants is held Content of fraud. Federal Bank Robbery.

    _____

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): *Civil Rights of A minor /Adult*
*Share holder estate wealth management*
*Check Federal offense of DIME Saving Bank*
*Succesor JP Morgan New York, Kenosha Wisconsin, Downtown*
*Clark*
*Location*
8. Plaintiff was charged with one or more crimes, specifically: *Robbery*

*Plaintiff is the Victim and the account*
*Robbed and held for ransom while the*
*Attempted to murder the Plaintiff to*
*Rob JP morgan, Wintrust shareholder Account*
*of 10-trillion (million 780 thousand dollars USD)*

9. (*Place an X in the box that applies. If none applies, you may describe the criminal
proceedings under "Other"*) The criminal proceedings

☑ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☒ Other: *Defendant conflict with current investigations*
*of murder for hire Bank fraud illegal payouts*
*to Associates since 1991 est 2/15/1991 Defendant is in*
*ref 1:23-Cr-00257-TSC (Custody)*

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Since 1991 lawsuit Abduction / ransom
After film part Plaintiff played young Anna Mae
Bullock as a child and got abducted ing
on the night of the bulls championship
game. Plaintiff was held hostage for a
drug transaction gone wrong on the
block of 5144 S hermitage Apartment
first floor defendant family & Associates Brenda
Smith, John Wesley Chancellor Robert Kelly Chancellor
Johanne Chancellor falsied death records
held me for ransom but when they did not
come back because my guardian Robert Jordan
And Deloris Jordan left me behind which Leasen
went to jail when I was pronounced dead on arrival

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Raped Beaten bore Children at the Age of minor
where it broke my legs cut my back up
extorted personal information Of Classified
information exposed personal Biometic lawsuit for monetary
fund due stolen and defendant maliciously Provety homelness

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

*Angelica Ann Chancellor
Jasmine Meredith Jordan
Anna Mae Bullock 1991 est*

**Plaintiff,**

Case Number: *2024LO14086*
*1:23-cr-00257-TSC*

District Judge: *Stanton*

-vs- *President Donald A Trump*

*e Social Security Adm.*
*And Associates* **Defendant**
*of City of Chicago  Jamie Dimon  1990 Andy Right*
*City Hall*

Magistrate Judge:

*Foundation*

**PLAINTIFF'S CERTIFICATE OF SERVICE OF PROCESS**

I, the undersigned attorney for Plaintiff in this cause, do hereby certify that I reviewed the Court's CM/ECF filing system for this case on

I certify that the proof of service of summons shows that the following persons have been served on the dates indicated as follows:

Party

*Social Security
Agent Mullins
Agent Slaughter
And incorporated Assocites of Identity theft Bank*

Method and Date of Service

*Dec Feburary 15, 1991*

*Wire
Frau*

I further certify that the only appearances that have been filed were for the following persons and were filed on the dates shown:

Party

*Plaintiff
Angelica Ann Chancellor*

Date of Appearance

*12/15/24*

Respectfully submitted,

By: s/ *Angelica Ann Chancellor*

(Certificate Proof of Service 7/27/09)